**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-7346**

———————

ANDREW BURL WRIGHT,

                        Petitioner - Appellant,

    versus

JOHN J. LAMANNA, Warden,

                        Respondent - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Greenville. David C. Norton, District Judge. (CA-05-1409-DCN)

———————

Submitted: January 13, 2006      Decided: February 9, 2006

———————

Before LUTTIG, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Andrew Burl Wright, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andrew Burl Wright appeals the district court's order accepting the recommendation of the magistrate judge and denying relief without prejudice on Wright's petition filed under 28 U.S.C. § 2241 (2000). Wright claims the district court erred by referring his petition to a magistrate judge, but the district court was well within its jurisdiction to refer the case under 28 U.S.C. § 636(b)(1)(B) (2000). The district court was not required to obtain Wright's consent to refer the case to a magistrate judge because the magistrate judge did not enter a final order in the case. <u>See generally</u> <u>United States v. Bryson</u>, 981 F.2d 720 (4th Cir. 1992). Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>